```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Jodi Bourgeois

       v.                                    Case No. 23-cv-394-LM-TSM

The Gap, Inc. et al

## JUDGMENT

In accordance with the Order by Chief Judge Landya B. McCafferty dated December 20, 2023, judgment is hereby entered.

                        By the Court:

                        /s/ Daniel J. Lynch
                        Daniel J. Lynch
                        Clerk of Court

Date: December 20, 2023


cc: Counsel of Record